UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Samantha Bagwell v. Bayer Corporation, et al.* | No. 3:10-cv-20172-DRH-PMF |
| *Brittany Buck v. Bayer Corporation, et al.* | No. 3:12-cv-11296-DRH-PMF |
| *Doris Capps v. Bayer Corporation, et al.* | No. 3:13-cv-10605-DRH-PMF |
| *Cindy A. Cupp v. Bayer Corporation, et al.* | No. 3:12-cv-11295-DRH-PMF |
| *Beth Eyestone, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10557-DRH-PMF |
| *Sandi Fisher v. Bayer Corporation, et al.* | No. 3:12-cv-11346-DRH-PMF |
| *Pamela Fowler, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10603-DRH-PMF |
| *Shana N. Vetter, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-20155-DRH-PMF |
| *Trine Merritt Vik v. Bayer Corporation, et al.* | No. 3:13-cv-10628-DRH-PMF |
| *Kari Vozar v. Bayer Corporation, et al.* | No. 3:13-cv-10635-DRH-PMF |
| *Sally K. Wheeler, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-20324-DRH-PMF |
| *Kyle L. White v. Bayer Corporation, et al.* | No. 3:12-cv-11321-DRH-PMF |
| *Nicole Marie Wilder, et al. v. Bayer Corporation, et al.* | No. 3:10-cv-12165-DRH-PMF |
| *Tiffany J. Williams, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12995-DRH-PMF |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 16, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                          **JUSTINE FLANAGAN,**
                                          **ACTING CLERK OF COURT**

                                          **BY:**  /s/*Cheryl A. Ritter*
                                          **Deputy Clerk**

**Dated:** December 16, 2014

Digitally signed by David R. Herndon
Date: 2014.12.16 12:30:14 -06'00'

**APPROVED:**
      **U.S. DISTRICT JUDGE**
      **U. S. DISTRICT COURT**

2